IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Zapfel, Annette

Printed: 03/03/09

Case Number: 07 B 05301
Judge: Wedoff, Eugene R
Filed: 3/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: February 25, 2009
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,296.58 |  |
| Secured: |  | 2,058.32 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,051.14 |
| Trustee Fee: |  | 187.12 |
| Other Funds: |  | 0.00 |
| Totals: | 3,296.58 | 3,296.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Patrick A Meszaros | Administrative | 2,500.00 | 1,051.14 |
| 2. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 4,038.52 | 2,058.32 |
| 4. | Capital One | Unsecured | 66.91 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 57.59 | 0.00 |
| 6. | Chase Bank USA NA | Unsecured | 52.68 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 46.51 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 5.95 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 496.35 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 112.85 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 48.98 | 0.00 |
| 12. | Capital One | Unsecured | 409.09 | 0.00 |
| 13. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 12.47 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 269.52 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 51.97 | 0.00 |
|  |  |  | $ 8,169.39 | $ 3,109.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 133.17 |
| 6.5% | 53.95 |
|  | $ 187.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Zapfel, Annette | Case Number:  07 B 05301 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/03/09 | Filed:  3/24/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*